## A12A2397. RODRIGUEZ v. THE STATE.
### (767 SE2d 509)

ANDREWS, Presiding Judge.

In *Rodriguez v. State,* 295 Ga. 362 (761 SE2d 19) (2014), the Supreme Court concluded that, because this Court was equally divided on the judgment, the case should have been immediately transferred to the Supreme Court pursuant to the Equal Division clause (Ga. Const. of 1983, Art. VI, Sec. V, Par. V), and, therefore, the decision in *Rodriguez v. State,* 321 Ga. App. 619 (746 SE2d 366) (2013), should not have been rendered. The Supreme Court vacated this Court's decision in *Rodriguez;* decided the merits of the appeal as if the case had been properly transferred; and remanded the case to this Court with direction "that a remittitur issue to the trial court, affirming the judgment of the trial court, and accompanied by [the Supreme Court's] opinion." *Rodriguez,* 295 Ga. at 366, n. 6, 373.

*Judgment affirmed. Phipps, C. J., Barnes, P. J., Ellington, P. J., Doyle, P. J., Miller, Dillard, McFadden, Boggs, Ray, Branch and McMillian, JJ., concur.*

DECIDED DECEMBER 18, 2014.

*Crawford & Boyle, Eric C. Crawford,* for appellant.
*Daniel J. Porter, District Attorney, Ayanna K. Sterling-Jones, Assistant District Attorney,* for appellee.